NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT CLARK, an individual, | Case No.: 2:20-cv-00304-MRW |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [73]** |
| v. | |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 50, inclusive. | Judge: Hon. Fred W. Slaughter |
| Defendants. | |

///

///

///

1

Having read and considered the Parties' Joint Stipulation to Dismiss Case [73] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned matter, including all claims stated against all parties, is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: October 18, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE